UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| RANDALL YANKER, | : | 23-cv-6847 (SHS) |
| Plaintiff, | : | ORDER |
| -against- | : | |
| ZOOMCAR, INC., | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that defendant's request to stay discovery in this matter [ECF Doc. No. 12] pending a decision on its motion to dismiss is granted.

Dated: New York, New York
October 26, 2023

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.