UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RANDALL YANKER,                                : 23-cv-6847 (SHS)

                Plaintiff,                : ORDER

   -against-                                    :

ZOOMCAR, INC.,                                 :

                Defendant.               :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      In light of the Opinion & Order dated September 16, 2024, granting in part and denying in part defendant's motion to dismiss the complaint,

      IT IS HEREBY ORDERED that the parties are directed to confer and submit to the Court on or before October 1, 2024, an agreed upon schedule for discovery in this matter.

Dated: New York, New York
       September 16, 2024

                                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.