UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDALL YANKER,<br><br>            Plaintiff,<br><br>      v.<br><br>ZOOMCAR, INC.,<br><br>            Defendant. | Case No.: 1:23-cv-06847-SHS |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(1)(A)(ii), and pursuant to the terms and conditions of the settlement agreement executed by and between Plaintiff Randall Yanker ("Yanker") and Defendant Zoomcar, Inc. ("Zoomcar"), the Parties hereby jointly stipulate and agree that all claims between and among them in this litigation are dismissed with prejudice, with each party shall bear its own costs.

Dated:    February 19, 2025
          New York, New York

_____          _____
ELLENOFF GROSSMAN & SCHOLE LLP          MULLEN P.C.
John B. Horgan, Esq.                    Wesley M. Mullen, Esq.
1345 Avenue of the Americas, 11th Floor 745 Fifth Avenue, Suite 500
New York, New York 10105                New York, New York 10151
Tel: (212) 370-1300                     Tel: (646) 632-3718
jhorgan@egsllp.com                      wmullen@mullenpc.com

*Attorneys for Defendant Zoomcar, Inc.*          *Attorney for Plaintiff Randall Yanker*

{01491970.DOCX.1}